**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

GARY MCANALLY                                                    PLAINTIFF

V.                              NO. 3:08CV00009 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                          DEFENDANT

### JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND

ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner,

and remanding this case to the Commissioner for further proceedings pursuant to sentence four of

42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 10th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE